United States District Court
Southern District of Texas
**ENTERED**
September 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 5:19–po–04160 |
| § | |
| Smith Tabarez Suastegui § | |

## ORDER FINDING PROBABLE CASE

    I find that the complaint and/or affidavit(s) filed with the complaint, attested under oath, establish probable cause to believe that an offense against the laws of the United States has been committed and that the defendant committed it.

    The defendant therefore may be further detained pending presentment for an initial appearance before United States Magistrate Judge Diana Song Quiroga on September 19, 2019, at 09:02 AM.

    IT IS SO ORDERED

    SIGNED September 18, 2019.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE