United States District Court
Southern District of Texas
**ENTERED**
September 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § | Case No. 5:19–po–04160 |
| Smith Tabarez Suastegui | § | |

## ORDER APPOINTING PUBLIC DEFENDER

    Because the above-named defendant has satisfied this court that he or she is financially unable to employ counsel, and does not wish to waive counsel, and because the interest of justice so requires, the Federal Public Defender is hereby appointed to represent this person in the above-designated case.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

Date: September 19, 2019